Salvatore Amanna, Appellant, v. The Village of Mount Kisco, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Maria Backman, as Administratrix, etc., of Emil Backman, Deceased, Respondent, v. Brooklyn Union Gas Company, Appellant, Impleaded with Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, for the reason that plaintiff has failed to act diligently in bringing the case to the new trial granted by the previous decision of this court. (See *Backman* v. *Rodgers*, 153 App. Div. 299.) Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Walter J. Brasier, Respondent, v. Sigmund Steiner and Weiss Photo Play Amusement Company, Inc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present – Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

Andrew J. Brown, Appellant, v. Orvill Thompson, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Alfred P. Delcambre, Sr., Respondent, v. Marie H. Delcambre and Others, Defendants. Max Katzenstein, Purchaser, Appellant. (Parcel No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Alfred P. Delcambre, Sr., Respondent, v. Marie H. Delcambre and Others, Defendants. Edward W. Valentine, Purchaser, Appellant. (Parcel No. 4.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Daniel Doonan and Mary E. Doonan, Respondents, v. Thomas Killilea and Others, Appellants.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment affirmed, with costs, on authority of *De Peyster* v. *Murphy* (66 N. Y. 622). We do not understand that this case has been expressly overruled or limited by *Real Estate Corporation* v. *Harper* (174 N. Y. 123). Jenks, P. J., Stapleton and Rich, JJ., concurred; Thomas, J., not voting.

Mary Forster, Respondent, v. Emil Raeder, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Margaret L. Hoose, as Administratrix, etc., of George W. Hoose, Deceased, Respondent, v. New York, Westchester and Boston Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.